IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF ALABAMA SOUTHER DIVISION

2006 MAR -8 A 9:17

Lamar Flynn
 PLAINTIFF.

  VS.                                  CASE NO. 2:06CV220-A

LT. Charles McKee
SGT. James English
 Defendants.

## CIVIL RIGHTS COMPLAINT

Come now Lamar Flynn Pro'se and files the above style civil action against these two Defendants as stated above. Pursuant to previsious under state law and Section 1983 beings this complaint for propar service.

1) Plaintiff is a citisam of the stated of Alabama presantly incarcaated at Holman Correction.

2) Defendants in this action are employes of ADOC. and assigned to Holman Correctione Centar

3) Defendants have violated certain constitutional, rights of plaintiff under the color of state law, and federal law of this land.

4) On and about day 2/22/06 the date to which this dicplinary came, and on and before this date Defendants has clear standins in this court by proper jurisdiction.

SCANNED
C98030906

## ACTION 1

5) Plaintiff also alleges in conspiracy to retaliate against him. Defedants McKee, English like any noral human. That they violated the right under constitution of these United States. To which Plaintiff is protected under the Fourth, Eighth, and Fourteenth Amendments. Plaintiff being arreated and placed in disciplanary lock-up. L.T McKee with an illegal disciplinary charge being placed against Plaintiff. McKee charged Plaintiff for a offense under Rule 38 of Admin. Res. #403

## ACTION 2

<u>Violation of Plaintiff's Fourth, Eighth, and Fourteenth Amendments Rights and Stree law violation</u>

Plaintiff neve committed the stated charge and is totally innocent of the charge. Plaintiff due to the facts the Plaintiff was involved with Defendants sisten. Defendant had made threats against Plaintiff. Out of clear malice Defendants knowingly placed a fale charge. This acts which <u>was done strictly for revengs and done with clear intent to do actual harm to Plaintiff to destroy his character and chances of being released back into society by his parole in may 2006. other earlly release.</u>

(2)

### Action Three

False arrest and false charges in violation of First, Fourth, Eighth, and Fourteenth Amendment Rights. Plaintiff also claims conspiracy was engaged by these two defendants. The law is well-settled that any correctional officers may not retaliate against inmate for exercising their right of access to the court. See in Wildberger-vs-Brackness. 869 F.2d 1467 (11th Cir. 1989). also in Wright-vs-Newsome. 795 F.2d 964 (11th Cir. 1986) conspiracy if two or more persons conspire to injure oppress, ten, or intimidate any inhabitant of any state, territory, of any right or privilege secured to any inmate the constitution under Fourteen Amendment any law of the United States. Under 8 Amendment and Fourteenth Amendment See (Bell-vs-Wolfish.) 411 US 520,535. 16/1979). 8 Amendment. Protection inmates right be for a court to having power to here and determine the in- (Kawbowshit-vs-Kawbowshi).

### Relief Action Three

1) Plaintiff seeks punitive damages from defendant the sum of Thirty Thousand Dollars.
2) Plaintiff seeks compensatory damages the sum of Fifty Thousand Dollars.
3) Plaintiff seeks trial by a jury from this action

4) Plaintiff request full discovery from action.
5) Plaintiff request the right to leave and amend this action.
6) Plaintiff request all relief to which he is entitled by law.

### ACTION FOUR
DELIBERATE INDIFFERENCE UNDER THE EIGHT AMENDMENT AND ACTUAL NEGLIGENCE FOR CRUEL AND UNUSUAL PUNISHMENT.

This acts done to and against Plaintiff, and both Defendants participated in a plan to allow this to be done to Plaintiff. The acts which were done were strictly for revenge and done with clear intent to Plaintiff.

Defendants sworn duty come before the action now pending where, under a legal duty owed these Defendants must not mistreat nor place any undue hardship which is not against the law.

The false charges, and false arrest is totally against the law. Conspiracies with or without state action, which interfere with Fourteenth Amendment right in a case that involving conspiracy in violation of 18 USCS 241 to deprive Negro citizens of their free Defendant has misbehavior of minors SEE UNITED STATE -VS- LEWIS (1986 W.D MICH) 644 F. SUPP 1391 TITLE 18 USCSn.

(4)

SOUGHT.

THE PLAINTIFF IN SUINS EACH DEFENDANT's IN THEIR INDIVIDUAL and OFFICIAL CAPASITY. REQUESTINK.

SWORN TO and SUBSCRIBED BEFORE ME THIS DAY 6 of MARCH 2006

_Lamar Flynn_
SIGNATURE of PLAINTIFF/PETITIONER