IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAMAR FLYNN, #160950, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv220-WHA |
| | ) |
| CHARLES McKEE, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #2), entered on March 9, 2006, the court adopts the Recommendation, and it is hereby

ORDERED that this case is TRANSFERRED to the United States District Court for the Southern District of Alabama. The clerk is DIRECTED to take appropriate steps to effect the transfer.

DONE this 29th day of March, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE