**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 29, 2006

# NOTICE OF TRANSFER

**FROM:** Clerk's Office

**Case Style:** Lamar Flynn v. Charles McKee, et al

**Case Number:** 2:06cv220-WHA

This case has been transferred to the United States District Court, Southern District of Alabama. The docket sheet and pdfs of all docket entries e-mailed to USDC, Southern District of Alabama.